Shirley McCREA, Administratrix of the Estate of Robert A. Monroe v. STATE of Vermont v. Bourdon's, Inc., No. 350-77

January 29, 1979. Appeal dismissed for lack of final judgment in trial court, and cause remanded. V.R.C.P. 54(b).

HOWARD BANK v. IRON KETTLE RESTAURANT OF BOLTON, INC., Elsa M. Wells and Monroe M. Lacaillade, No. 30-78

January 29, 1979. Appeal dismissed for lack of a final judgment in trial court. V.R.C.P. 54(b).

Barbara COLM v. Claus COLM, No. 110-78

January 29, 1979. Motion for Enlargement of Time is denied.

Michael TAREN v. VERMONT STRUCTURAL SLATE CO., INC., No. 138-78

January 29, 1979. Appeal dismissed for lack of a final judgment in trial court. V.R.C.P. 54(b).

IN RE ESTATE OF Mary Jane HOLBROOK, No. 154-78

January 29, 1979. Appeal dismissed for lack of final judgment. V.R.A.P. 5.

TOWN OF BRATTLEBORO SCHOOL DISTRICT v. Oscar DALEM a/k/a Oskar Eugen Drzemalia, Ursula Dalem and Dalem's Chalet, Inc., No. 254-78

January 29, 1979. Cause remanded to the Windham Superior Court for the limited purpose of entertaining appellant's motion for a new trial or other relief from judgment under V.R.C.P. 60(b). Jurisdiction retained in this Court.

Mildred S. MARKEY v. John J. ORZELL and Cynthia J. Gardner, No. 285-78

January 29, 1979. Appeal dismissed for lack of final judgment. V.R.A.P. 5.

Theodore QUINTIN and Linda Quintin v. Daniel MILLER and Co-operative Fire Insurance Association, No. 323-78

January 29, 1979. Appeal dismissed for lack of final judgment in trial court, and cause remanded. V.R.C.P. 54(b).